UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL S. HOLDEN,<br><br>          Petitioner,<br><br>    v.<br><br>KELLEY HARRINGTON,<br><br>          Respondent. | CASE NO. CV 10-3184-AHM (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Petition Without Prejudice,

    IT IS HEREBY ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

    DATED: June 1, 2010

                                                            *[signature]*

**JS-6**                                        A. HOWARD MATZ<br>                                                UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\LA10CV03184AHM-J.wpd